**Order entered March 12, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00088-CR**
**No. 05-20-00089-CR**
**No. 05-20-00090-CR**
**No. 05-20-00091-CR**
**No. 05-20-00092-CR**
**No. 05-20-00093-CR**

**JOSHUA JEFF BARRIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070006 Cts. 1-6**

## ORDER

Before the Court are Rick Dunn's March 10, 2020 motions to withdraw as counsel for appellant. We **GRANT** the motions and **DIRECT** the Clerk to remove Rick Dunn as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals.  We **ORDER** the trial court to transmit a supplemental clerk=s record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable James P. Fallon, Presiding Judge, 15th Judicial District Court; to Rick Dunn; and to the Grayson County District Attorney's Office.

We **ABATE** these appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel.


/s/   ROBERT D. BURNS, III
CHIEF JUSTICE